IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REACT ENVIRONMENTAL PROFESSIONAL SERVICES GROUP, INC., *et al.*, : Plaintiffs, : : v. : Civil No. 2:20-cv-00533-JMG : JON P. BUZAN, *et al.*, : Defendants. : | | |

### ORDER

**AND NOW,** this 13th day of August, 2021, after careful consideration of Defendants' Motions for Summary Judgment (ECF Nos. 76–77, 86) and Motion to Strike (ECF No. 85), Plaintiffs' opposition briefing (ECF Nos. 80, 87), and Plaintiffs' Motion for Sanctions (ECF Nos. 52–53), it is hereby **ORDERED** as follows:

1. Defendants' Motions for Summary Judgment (ECF Nos. 76–77) are **GRANTED** as to Count I of the Complaint. Judgment is **ENTERED** in favor of Defendants and against Plaintiffs as to Count I of the Complaint. Plaintiffs' remaining state law claims are **DISMISSED WITHOUT PREJUDICE.**

2. Defendants' Motion to Strike (ECF No. 85) is **GRANTED.**

3. Plaintiffs' Motion for Sanctions (ECF Nos. 52–53) is **DENIED.**

4. The Clerk of Court shall mark this case as **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge